UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10 B 57906 |
| | CHAPTER 13 |
| BRENDA K ROGERS | |
| | JUDGE JANET S BAER |
| DEBTOR | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** PENNYMAC LOAN SERVICES LLC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 10 | 36 | XXXXXX3773 | $1,956.88 | $2,656.88 | $2,656.88 |
| Total Amount Paid by Trustee | | | | | $2,656.88 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit       **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10-57906-JSB

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 2nd day of August, 2016.

Debtor:
BRENDA K ROGERS
1765 E 55TH ST # F3
CHICAGO, IL 60615

Attorney:
RONALD B LORSCH
1829 W 170TH ST
HAZEL CREST, IL 60429
via Clerk's ECF noticing procedures

Creditor:
PENNYMAC LOAN SERVICES LLC
PO BOX 660929
DALLAS, TX 75266-0929

Mortgage Creditor:
BANK FINANCIAL
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL 60527

Mortgage Creditor:
US BANK NA
% PIERCE & ASSOC
1 N DEARBORN # 1300
CHICAGO, IL 60602

Mortgage Creditor:
HOME GUARDIAN TRUST
% MCCALLA RAYMER LLC
BANKRUPTCY DEPT
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076

Mortgage Creditor:
PENNYMAC LOAN SERVICES LLC
% ALDRIDGE CONNORS LLP
3575 PIEDMONT RD N E # 500
ATLANTA, GA 30305

Creditor:
JPMC SPECIALITY MORTGAGE LLC
3415 VISION DR
COLUMBUS, OH 43219

Mortgage Creditor:
PENNYMAC LOAN SERVICES LLC
6101 CONDOR DR #330
MOORPARK, CA 93021-2602

Mortgage Creditor:
US BANK NATIONAL ASSOC
% POTESTIVO & ASSOCIATES
223 W JACKSON BLVD #610
CHICAGO, IL 60606

ELECTRONIC SERVICE - United States Trustee

Date: August 02, 2016

/s/ TOM VAUGHN
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603